IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
|        Plaintiff, | ) |
| v. | ) Civ. No. 06-682-SLR |
| OFFICER JAMES MICHAEL WILSON, LAUREN HATCHER, MELANIE WITHERS, and BUSTER RICHARDSON, | ) |
|        Defendants. | ) |

**AUTHORIZATION**



FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

I, James St. Louis, SBI #446518 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _November 17_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _November 24_, 2006.

_James St. Louis_
Signature of Plaintiff

IM James St. Louis
SBI# 446518   UNIT D-East F17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 NOV 2006 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570