Affidavit accompanying Motion for
Permission to Appeal in Forma Pauperis

United States District Court for the District of DELAWARE

JAMES ST. LOUIS

   v.

J. MICHAEL WILSON ETAL.

D.C. Case No.06-682-SLR

Third Cir. No.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that,
because of poverty, I cannot prepay the
docket fees of my appeal or post bond for
them. I believe I am entitled to redress I swear or
affirm under penalty of perjury that my answers
on this form are true and correct. (28 U.S.C. §
1746, 18 U.S.C. § 1621)

Signed: _James St. Louis Jr._

**Instructions**

Complete all questions on this application and
then sign it. Do not leave any blanks. If the
answer to a question is"0", "none" or "not
applicable (N/A)," write in that response. If you
need more space to answer the question or to
explain your answer, attach a separate piece of
paper identified with your name, your case's
docket number, and the question number.

Date: _4/26/2007_

My issues on appeal are: (1). PROCEDURAL VIOLATIONS ARE ACTIONABLE UNDER § 1983. (2)

ABUSE OF DISCRETION TO DISMISS A § 1983 COMPLAINT THAT CLEARLY STATES A

PROCEDURAL DUE PROCESS CLAIM. (3)ERRONEOUS APPLICATION OF LAW REQUIRES

REVERSAL OF INFERIOR COURT DECISION..



06cv682

FILED

APR 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. _____

### ADDENDUM TO **AFFIDAVIT IN SUPPORT OF MOTION**
### **TO PROCEED IN FORMA PAUPERIS**

**Notice to Litigant:** The Prison Litigation Reform Act of 1995, effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing or docketing fees for prisoners who are granted leave to proceed in forma pauperis. This applies to original proceedings and appeals from decisions in civil actions or proceedings. Once a prisoner has been granted leave to proceed in forma pauperis, the prisoner is obligated to pay the entire filing and/or docketing fee in the manner prescribed by statute, regardless of the outcome of the proceeding or appeal.

Prisoners proceeding in forma pauperis are now required to pay an initial partial filing fee, and thereafter periodic payments will be made from the prisoner's institutional account until the entire fee has been paid. 28 U.S.C. §1915 (b) (1). If a prisoner does not have sufficient funds to pay the initial partial fee, the prisoner will not be prohibited from proceeding. Once there are sufficient funds in the prisoner's account, however, funds will be collected in the manner prescribed by the statute until the entire fee has been paid. 28 U.S.C. §1915 (b) (4). The obligation to pay the fees and any subsequent costs continues even if the prisoner is transferred or released from custody.

**Therefore, you should consider carefully whether you wish to go forward with an appeal or proceeding before you submit an affidavit in support of motion to proceed in forma pauperis to this Court.**

The Act has amended § 1915 to require that you submit an affidavit in support of motion to proceed in forma pauperis that includes a statement listing all of your assets. 28 U.S.C. § 1915(a) (1). Therefore, when completing the attached affidavit, you must include a complete listing of your assets. You also must complete the following certification:

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that I have the sum of $-109.00 in my prison account at (name of the institution in which you are confined) DELAWARE CORRECTIONAL CENTER.

_James St. Louis Jr._
_____
Applicant's Signature

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, JAMES ST.LOUIS am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis,* I state that because of my poverty I am unable to pay the costs of this case or to give security therefore; and I believe I am entitled to redress.

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or other wise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $ | $ |
| Self-employment | $0 | $ | $ | $ |
| Income from real property (such as rental income) | $0 | $ | $ | $ |
| Interest and dividends | $0 | $ | $ | $ |
| Gifts | $0 | $ | $ | $ |
| Alimony | $0 | $ | $ | $ |
| Child Support | $0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $0 | $ | $ | $ |
| Unemployment payments | $0 | $ | $ | $ |
| Public-assistance (Such as welfare) | $0 | $ | $ | $ |
| Other (specify):0 | $0 | $ | $ | $ |
| Total monthly income: | $0 | $ | $ | $ |

|  | You | Yours spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $0 | $0 |
| Recreation, entertainment, newspapers, magazines, etc | $0 | $0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $0 | $0 |
| Life | $0 | $0 |
| Health | $0 | $0 |
| Motor Vehicle | $0 | $0 |
| Other:0 | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify): 0 | $0 | $0 |
| Installment payments | | |
| Motor Vehicle | $0 | $0 |
| Credit card(s) | $0 | $0 |
| Department store(s) | $0 | $0 |
| Other: 0 | $0 | $0 |
| Alimony, maintenance, and support paid to others | $0 | $0 |
| Regular expenses for operation of business, profession, Or farm (attach detailed statement) | $0 | $0 |
| Other (specify): 0 | $0 | $0 |
| **Total monthly expenses:** | $0 | $0 |

2.    List your employment history for the past two years, most recent first. (Gross monthly pay    is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| PRISON | 1181 PADDOCK RD  SMYRNA  DE. $ | | $ |
| | | 2001-2005 | $70.00 |

3.    List your spouse's employment history for the past two years, most recent    employer first.(Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $0
       Below, state any money you or your spouse have in bank accounts or in any other       financial institution.

| Financial institution has | Type of account | Amount you have | Amount your spouse |
|---|---|---|---|
| 0 | 0 | $0 | $0 |
| 0 | 0 | $0 | $0 |
| 0 | 0 | $0 | $0 |

5.    List the assets, and their values, which you own or your spouse owns. Do not list    clothing and ordinary household furnishings.

☐ Home

    Value 0

☐ Other real estate

    Value 0

☐ Motor Vehicle #1
    Year, make & model 0
    Value $0

☐ Motor Vehicle #2
    Year, make & model 0
    Value $0

☐ Other assets
    Description 0
    Value 0

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $0 | $0 |
| 0 | $0 | $0 |
| 0 | $0 | $0 |

7.    State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts

paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or    annually to show the monthly rate.

|  | You | Yours spouse |
|---|---|---|
| Rent or home-mortgage payment (Include lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | $0 | $0 |
| Utilities (electricity, heating fuel | $0 | $0 |
| Water, sewer, and telephone) | $0 | $0 |
| Home maintenance (repairs and upkeep) | $0 | $0 |
| Food | $0 | $0 |
| Clothing | $0 | $0 |
| Medical and dental expenses | $0 | $0 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No        If yes, describe on an attached sheet.

10. Have you paid - or will you be paying - an attorney any money for services in connection with this case, including the completion of this form?        ☐ Yes ☒ No

If yes, how much? $0

If yes, state the attorney's name, address, and telephone number: 0

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No

If yes, how much? $0

If yes, state the person's name, address, and telephone number: 0

12. Provide any other information that will help explain why you cannot pay the costs of this case INDIGENT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/26 , 2007

James St. Louis Jr.

(Signature)



Inmate: James Sh. Turner Sr.
SBI# 446518   UNIT  Delta East  (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk   United States
United States District Court
844 King Street   Locbox 18
Washington   Delaware
19801