Dear Clerk

At time of mailing inmate hadn't received certified copy of business account. Because of dead line and problems with mail inmate mailed appeal without certified copy. As soon as inmate receives from Business office he will forward to you.

James A. Louis

SBI# 446518



FILED

APR 30 2007



NOTICE TO PRISONER: You are directed to complete the following form. The top portion of the form must be returned to the Clerk. The lower portion of the completed form shall be returned to the prison official in charge of the prisoner account.

I, _James St. Louis Jr.   SBI 446518_
(Name of Prisoner and Registered Number if
applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_James St. Louis Jr._
Signature of Prisoner

Date: _4/26/2007_

---------------------------------------------------------------------------------------

I, _James St. Louis   SBI # 446518_
(Name of Prisoner and Registered Number if
applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).



FILED

APR 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Inmate: James M. Jones Jr.
SBI# 444518    UNIT: W1B East (1-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 King Street Lockbox 18
Wilmington, Delaware
19801

Legal Mail

U.S.M.S.

UNITED STATES POSTAGE
$ 01.59°
02 1A
0004008975    APR 27 2007
MAILED FROM ZIP CODE 19977