TO:    Peter T. Dalleo
        LockBox 18
        844 King Street
        U.S. Courthouse
        Wilmington Delaware 19801

**RE: DOCKET SHEETS**        July 24, 2007

Dear Mr. Dalleo :

    Pursuant to the requirements for the United States Court of Appeals I need all docket entries relating to the following cases:

    JAMES ST. LOUIS v. J. MICHAEL WILSON et. al.        civil #06-682-SLR

    JAMES ST. LOUIS v. MARSHALL et. al.        civil #07-84-SLR

    Thank you for your immediate response.

                                        */s/ James St. Louis*
                                        JAMES ST. LOUIS
                                        1181 Paddock road
                                        Delaware Correctional Ctr.
                                        Smyrna, DE 19977



FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

IM James St. James
SBI# 446518  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUL 2007 PM 1 T

Clerk of the District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington De. 19801
ATT: Mr. Peter T. Dulles