OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 27, 2007

TO:  James St. Louis
     SBI#446518
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

    **RE:  *Request for Copy of Dockets,* 06-682 and 07-84(SLR)**

Dear Mr. St. Louis:

    A letter has been received by the Clerk's office from you requesting copies of the docket sheets in the above noted civil actions.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of each docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/ead                                      PETER T. DALLEO
                                              CLERK

cc:   The Honorable Sue L. Robinson
enc: Docket Sheets in 06-682, 07-84